UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA MAGLIONE-CHENAULT, an individual

       Plaintiff,

v.                                            Case No: 2:13-cv-811-FtM-38CM

DOUGLAS REALTY & DEVELOPMENT, INC.,

       Defendant.
_____/

## **ORDER**[1]

      This matter comes before the Court on review of the docket. Plaintiff Lisa Maglione-Chenault filed a Notice of Defendant's Non-Compliance (Doc. 30) on June 17, 2014. The Notice asserts Defendant Douglas Realty & Development, Inc. has failed to comply with the Court's FLSA Scheduling Order. (See Doc. 21; see also Doc. 27). For example, Defendant should have served Plaintiff with "[a]ll time sheets and payroll records in Defendant's possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages." (Doc. 21, ¶1). According to Plaintiff, Defendant has not done so. In addition, Plaintiff asserts she has been unable to meet for a good faith settlement conference because Defendant has failed

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

to respond to email communications. (See Doc. 21, ¶4; Doc. 27). Upon review of the Notice and the docket,[2] the Court finds a hearing is needed to help facilitate this case.

Accordingly, it is now

**ORDERED:**

1. Defendant shall provide all time sheets and payroll records in Defendant's possession, custody or control that pertain to work performed by Plaintiff during the time period for which Plaintiff claims unpaid wages no later than **Wednesday, July 2, 2014**.

2. The Parties shall schedule their good faith settlement conference no later than **Wednesday, July 2, 2014**.

3. On **July 8, 2014, at 9:30 a.m.**, the Parties shall appear for a hearing before the undersigned at the U.S. Courthouse for the Middle District of Florida, Fort Myers Division, 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901. At that time, the Court will address: (a) Plaintiff's Notice (Doc. 30); (b) a new time to complete the joint report in light of the scheduled good faith settlement conference (see Doc. 27);[3] (c) any other issues the Court deems proper.

4. The Clerk is directed to issue a Notice regarding the hearing in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] For example, Defendant has not always timely complied with the Court's Orders. (See Doc. 27).
[3] Currently, the deadline to file the joint report is July 3, 2014. (Doc. 27). This deadline is a reflection of the Court's extension due to prior noncompliance.