UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA MAGLIONE-CHENAULT, an individual

        Plaintiff,

v.                                          Case No:   2:13-cv-811-FtM-38CM

DOUGLAS REALTY & DEVELOPMENT, INC.,

        Defendant.

_____/

**ORDER[1]**

This matter comes before the Court on Notice of Settlement and Unopposed Motion for Stay of Proceedings and Cancellation of Deadlines (Doc. #46) filed on May 1, 2015. On April 29, 2015, the Court issued an Order to Show Cause related to the lack of a timely filed mediation report. (See Doc. #45). In response to the show cause order, Defendant Douglas Realty & Development, Inc., with consent from Plaintiff Lisa Malgione-Chenault, indicates the parties settled prior to the March 20, 2014, mediation deadline and in light of the parties' settlement moves to stay the upcoming deadlines in this case. Douglas Realty & Development also requests 20 days to finalize settlement documents. Upon consideration, the Court will grant the request in the part. The Court will not stay

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

this matter, however, the Court will cancel the upcoming deadlines and grant 20 days to file their joint FLSA settlement documents materials for review.

As an aside, the attorneys are reminded they are "to *immediately* notify the Court upon the settlement of any case." M.D. Fla. Rule 3.08 (emphasis added).

Accordingly, it is now

**ORDERED:**

Notice of Settlement and Unopposed Motion for Stay of Proceedings and Cancellation of Deadlines (Doc. #46) is **GRANTED in part.** The motion is granted to the extent (1) the deadlines in this case are hereby **cancelled**; and (2) the parties have until **Monday, May 25, 2015**, to file their joint FLSA settlement document materials for review.[2] The motion is denied to the extent it requests a stay. No further action is needed as it relates to the Court's Order to Show Cause. (See Doc. #45). The Clerk is directed to alter the deadlines on the docket, accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of May, 2015.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] The motion shall include: (1) a copy of the settlement agreement signed by all parties; (2) a brief description of the terms of the settlement; (3) the number of hours and lost wages originally claimed by the Plaintiff and whether the Plaintiff's claims were settled by compromise; and (4) the Plaintiff's Counsel's attorney's fees and costs and whether said fees and costs were negotiated separately from the FLSA claim. See, e.g., Boneti v. Embarq Mgmt. Co., Case No. 6:07-cv-1335-Orl-31GKJ, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009).