UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LISA MAGLIONE-CHENAULT, an individual

      Plaintiff,

v.         Case No: 2:13-cv-811-FtM-38CM

DOUGLAS REALTY & DEVELOPMENT, INC.,

      Defendant.
_____/

### ORDER[1]

This matter comes before the Court on United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #58) filed on August 21, 2015. Judge Mirando recommends granting the Parties' Joint Motion to Approve Settlement Agreement (Doc. #54) and approving the Settlement Agreement (Doc. #56-1; Doc. #57-1)[2] as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. (Doc. #58). Both Parties waived their opportunity to object to the Report and Recommendation. (Doc. #54). Thus, this matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

[2] As Judge Mirando notes, "[t]he [P]arties' settlement agreement allows for execution in counterparts which shall all be deemed original, but all of which shall constitute one and the same instrument." (Doc. #58 at 1 (citing Doc. #56-1 at 3; Doc. #57-1 at 3)).

recommendation. See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and upon consideration of Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #58).

Accordingly, it is now **ORDERED:**

1. The Report and Recommendation (Doc. #58) is **ACCEPTED AND ADOPTED** and the findings incorporated herein.

2. The Parties' Joint Motion to Approve Settlement Agreement (Doc. #54) is **GRANTED**, and the Settlement Agreement (Doc. #56-1; Doc. #57-1) is approved as fair and reasonable.

3. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 8th day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record